WILLIAM E. ROZETT, Respondent, v. GEORGE COHEN, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EMILY S. JOHNSTON, Respondent, Appellant, v. JEAN JORDEAU, INC., Appellant, Respondent.— Judgment appealed from by the defendant affirmed, with costs to the plaintiff. Appeal by the plaintiff dismissed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

VINE & SING GARMENT CORPORATION, Appellant, v. LASSER COAT CO., INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS PAZORNIK, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

NORMAN GORDON, Appellant, v. ABRAHAM STERLING, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

FANNIE SCHUSTER, Respondent, v. MARTIN ZUCKERMAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

GASPAR R. LOPEZ, Respondent, v. WEBER & HEILBRONER, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SOPHIE JACOBSON and Another, Appellants, v. A. A. S. REALTY CORPORATION, Respondent.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that the principle of res ipsa loquitur applies. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Arbitration of Certain Controversies between SLATER MILLS, INC., Appellant, and REUBEN EPSTEIN and Another, Copartners Doing Business under the Firm Name and Style of VANITY SILK COMPANY, Respondents. — Order entered January 11, 1935, modified as indicated in order and as so modified affirmed, without costs. Appeal from order entered January 22, 1935, dismissed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MILTON L. COLEMAN, as Committee of the Person and Property of IRMA STEINBACH COHN, an Incompetent Person, Plaintiff, v. NATIONAL SURETY CORPORATION, Defendant.— Reargument ordered for March 12, 1935. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JOSEPH CUDDIHY, Respondent.— Order affirmed. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [151 Misc. 318.]